UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WINFIELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Z. HAGHBIN, et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-0500 KJN P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  By an order filed March 15, 2016, the court found that plaintiff had sustained three strikes under 28 U.S.C. § 1915(g), and ordered him to pay the filing fee in full within twenty-one days.  Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The twenty-one day period has now expired, and plaintiff has not responded to the court's order and has not paid the appropriate filing fee.  Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, within fourteen days, why this action should not be dismissed without prejudice.

Dated:  April 22, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

winf0500.osc