UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WINFIELD, | No. 2:16-cv-0500 KJN P |
| Plaintiff, | |
| v. | ORDER |
| Z. HAGHBIN, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed March 15, 2016, the court found that plaintiff had sustained three strikes under 28 U.S.C. § 1915(g), and ordered him to pay the filing fee in full within twenty-one days. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. On April 22, 2016, plaintiff was ordered to show cause, within fourteen days, why this action should not be dismissed without prejudice.

On May 5, 2016, plaintiff wrote a letter stating that he has "to go forma pauperis because [he] can't afford the filing fee." (ECF No. 8 at 1.) Plaintiff adds that his "life is in danger of the ones I am suing." (ECF No. 8 at 2.) However, as set forth in the March 15, 2016 order, defendants are employed at California State Prison, Sacramento, and at the time plaintiff filed the instant complaint, he was housed at the California Medical Facility in Vacaville. (ECF No. 5 at 2:24-25.) Plaintiff fails to explain how Dr. Z. Haghbin or Dr. J. Haque posed an imminent danger

1

of serious physical injury at the time he filed the instant complaint since he was transferred to the California Medical Facility before he filed the instant action.  (<u>See also</u> ECF No. 5 at 2:11-22.)

The court finds that plaintiff has failed to show good cause why this action should not be dismissed.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated:  May 9, 2016

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/winf0500.fsc