UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WINFIELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Z. HAGHBIN, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0500 KJN P<br><br><br>ORDER |

　　　On June 7, 2016, plaintiff filed a two page document stating he wants to add Dr. Jackson as a defendant. (ECF No. 11.) However, plaintiff has sustained three strikes under 28 U.S.C. § 1915(g), and cannot proceed with a civil rights action unless and until he pays the court's filing fee. The instant civil rights action was closed on May 9, 2016, because he failed to pay the filing fee. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 11) is denied.

Dated: June 30, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/winf0500.58

1